IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR HERNANDEZ**, <br><br>     Plaintiff, <br><br>     *v.* <br><br> **CITY OF PHILADELPHIA, et al.**, <br><br>     Defendants. | **CIVIL ACTION** <br><br><br> **NO. 22-0027-KSM** |

## ORDER

**AND NOW**, this 18th day of October, 2022, upon consideration of the Application of the United States to Intervene and Stay Proceedings (Doc. No. 35), the City of Philadelphia's Motion Joining the Government's Application to Stay Proceedings (Doc. No. 54), and Plaintiff's Response to United States of America's Motion to Intervene and Stay Proceedings (Doc. No. 58) , it is hereby **ORDERED** as follows:

1.  The United States' Application is **DENIED** as moot (Doc. No. 35).

2.  The City of Philadelphia's Motion (Doc. No. 54) is **GRANTED IN PART** and **DENIED IN PART**.

3.  All deadlines related to the CO Defendants (as defined in the accompanying Memorandum) are **STAYED** until **January 17, 2023**.

4.  The parties shall provide a joint update on the status of the Government's investigation into the CO Defendants no later than **January 17, 2023**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.